**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00084-MR
[CRIMINAL CASE NO. 1:01-cr-00048-MR-9]**

| | | |
|---|---|---|
| **TIMNAH RUDISILL,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Hold Case in Abeyance [Doc. 5]. Petitioner's counsel consents to the Government's motion.

For the reasons stated in the Government's motion, and in light of Petitioner's consent thereto,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 5] is **GRANTED**, and this case shall be held in abeyance pending the Fourth Circuit's resolution of United States v. Surratt, No. 14-6851. The Government shall have forty-five (45) days from the issuance of the Fourth Circuit's mandate in Surratt within which to file its response to the Petitioner's motion to vacate.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge