THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00084-MR
(CRIMINAL CASE NO. 1:01-cr-00048-MR-9)

| | |
|---|---|
| TIMNAH RUDISILL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on the Petitioner's unopposed motion requesting that the Court enter an order holding this action in abeyance pending the United States Supreme Court's resolution of the certiorari petition in <u>Surratt v. United States</u>, 17-5255. [CV Doc. 7].[1] According to the Petitioner's motion, the Government's counsel consents to this request. [<u>Id.</u>].

---

[1] Citations to the record herein contain the relevant document number referenced preceded by either the letters "CV" denoting the document is listed on the docket in the civil case file number 1:13-cv-00084-MR, or the letters "CR" denoting the document is listed on the docket in the criminal case file number 1:01-cr-00048-MR-9.

For the reasons stated in Petitioner's motion, and in light of the Government's consent thereto,

**IT IS, THEREFORE, ORDERED** that Petitioner's motion to place this case in abeyance [CV Doc. 7], is hereby **GRANTED** and this matter shall be held in abeyance pending the Supreme Court's resolution of Surratt v. United States, 17-5255. Petitioner shall have forty-five (45) days from the date the Supreme Court decides Surratt within which to file supplemental briefing in support of the motion to vacate.

**IT IS SO ORDERED.**

Signed: August 14, 2017

Martin Reidinger
United States District Judge